UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

- against -                       **04-CV-4667 (TCP)**

                                              **ORDER**

NEUROTECH DEVELOPMENT CORP.,
BERNARD ARTZ and LAWRENCE ARTZ,

                Defendants.
------------------------------X
PLATT, District Judge.

       Before the Court is Magistrate Judge William D. Wall's Report and Recommendation (DE 67) which recommends that plaintiff's motion for remedies of disgorgement, prejudgment interest and civil penalties be granted as set forth below.

       As to Bernard Artz: disgorgement of proceeds in the amount of $131,414.00; prejudgment interest of $32,017.42; plus any additional interest accrued to the date of entry of judgment; and a civil penalty in the amount of $10,000.

       As to Lawrence Artz: disgorgement of proceeds in the amount of $57,129.73; prejudgment interest of $79,846.92, plus any additional interest accrued to the date of entry of judgment; and a civil penalty in the amount of $5,000.00.

       The undersigned, having reviewed Magistrate Judge Wall's report,

finds that the recommendations contained therein are appropriate. There having been no objections, the Court hereby adopts the Report and Recommendation in its entirety. Accordingly, plaintiff's motion is hereby **GRANTED** to the extent set forth herein.

**SO ORDERED.**

Dated: March 23, 2011
      Central Islip, New York

Thomas C. Platt, U.S.D.J.